* UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 08/23/19    Judge: Brinkema    Reporter: A. Thomson
Time: 11:13am - 11:18am             Interpreter:
                                     Language:
                                     Probation Email:
                                     Jury Email:

# UNITED STATES OF AMERICA
v.

Stephen Parra Yusti              1:17cr83 (3)
Defendant's Name                  Case Number

John Kiyonaga                    Lena Munasifi
**Counsel for Defendant:**        **Counsel for Government**

**Matter called for:**
[ ] Arraignment    [ ] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing     [ ] Revocation Hearing    [ ] Docket Call      [ ] Appeal (USMC)
[X] Other   Status

Deft appeared: [ ] in person  [ ] failed to appear  [ ] with Counsel  [ ] without Counsel  [X] through Counsel

**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[X]  30  Days to file Motions with Argument on  11/01/19  at  11:00am
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US   [ ] Deft
[ ] Order entered in open court    [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to:  12/03/19  at  10:00am  for: (4 days)
[X] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court:   [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at:** $ _____   [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond